Shelton L. Freeman (SBN 009687)
L. Edward Humphrey (SBN 027979)
**DeConcini McDonald Yetwin & Lacy, P.C.**
6909 East Main Street
Scottsdale, Arizona  85251
Ph:    (480) 398-3100
Fax:   (480) 398-3101
tfreeman@lawdmyl.com
ehumphrey@dmyl.com

*Attorneys for Adversary Defendants*
*Weston Ranch Development, LLC; and The*
*Landing at Reid's Ranch Development, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>Weston Ranch Development, L.L.C.,<br>    Debtor. | Case No.  2:12-cv-00514-PHX-NVW<br>BK Case No.:   2:09-bk-33903-GBN<br>Adv. No. 2:11-ap-2388-SSC |
| In re:<br>The Landing at Reid's Ranch Development, Inc.<br>    Debtor. | Case No.  2:12-cv-00537-PHX-NVW<br>BK Case No.:   2:09-bk-33903-GBN<br>Adv. No. 2:11-ap-2389-GBN<br>**NOTICE OF ENTRY OF ORDER RE APPLICATION TO EMPLY SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE**<br>**(LBankr. R. 8001-1)** |

Weston Ranch Development, LLC ("**Weston**") and The Landing at Reid's Ranch Development, Inc. ("**Landing**") provide notice under LBankr.R. 8000-1 that the Bankruptcy Court entered a written Order Re Application to Employ Special Counsel for Chapter 7 Trustee (the "**Appointment Order**") in the underlying bankruptcy Case No.: 2:09-bk-33903-

GBN (the "**Landing Bankruptcy**") on March 23, 2012.[1]  A copy of the Appointment Order is attached as **Exhibit 1**.

DATED:  March 26, 2012.

DeCONCINI McDONALD YETWIN & LACY, P.C.

By */s/ L. Edward Humphrey*
 Shelton L. Freeman
 L. Edward Humphrey
 *Attorney for Adversary Defendants*
 *Weston Ranch Development, LLC; and The*
 *Landing at Reid's Ranch Development, LLC*

COPY mailed or e-mailed
March 26, 2012, to:

Office of the United States Trustee
230 N. 1st Avenue, Suite 101
Phoenix, AZ 85003-1706
USTPRegion14.PX.ECF@usdoj.gov

Isaac M. Gabriel
QUARLES & BRADY, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Isaac.Gabriel@quarles.com

///

---

[1] Although Appointment Order bears the title, "*AMENDED ORDER RE APPLICATION TO EMPLY SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE*," the Order filed at Docket 203 in the Landing Bankruptcy is the first written Order entered on the Docket concerning the APPLICATION TO EMPLOY SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE filed at Docket 182 in the Landing Bankruptcy.  The reference to "Amended" appears to relate solely to the fact the form of Order submitted had been amended from the original form of Order submitted.

2

DeConcini McDonald Yetwin & Lacy, P.C.
6909 East Main Street
Scottsdale, Arizona 85251

| | |
|---|---|
| 1 | David M. Reaves |
| 2 | Chapter 7 Trustee<br>P.O. Box 44320 |
| 3 | Phoenix, Arizona 85064<br>dreaves@reaves-law.com |
| 4 | |
| 5 | John P. Flynn<br>Todd A. Williams |
| 6 | DIOGUARDI FLYNN LLP<br>7001 N. Scottsdale Road, Suite 2060 |
| 7 | Scottsdale, Arizona 85253<br>jflynn@dioguardiflynn.com |
| 8 | twilliams@dioguardiflynn.com |
| 9 | Larry Lee Watson |
| 10 | Renee Sanders Shamblin<br>Office of the U.S. Trustee |
| 11 | 230 North First Ave., Suite 204<br>Phoenix, Arizona 85003-1706 |
| 12 | larry.watson@usdoj.gov |
| 13 | renee.s.shamblin@usdoj.gov |
| 14 | James E. Padish<br>Kellie N. Wells |
| 15 | CALDWELL, PADISH & WELLS, PLLC |
| 16 | 7333 E. Doubletree Ranch Road, Suite 255<br>Scottsdale, Arizona 85258 |
| 17 | docket@cpwlawyers.com |